IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| TIENDAS SORIANA, S.A. de C.V. | § § § |
| vs. | § CIVIL ACTION NO. B-03-208 |
| | § (Jury Requested) |
| TAI SUN LEE d/b/a | § |
| SORIANA | § |

## PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

In accordance with item two of this Honorable Court's order, Plaintiff hereby provides a list of the persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, and other entities that are financially interested in the outcome of the above-styled and numbered litigation other than Plaintiff Tiendas Soriana, S.A. de C.V. and Defendant Tai Sun Lee d/b/a Soriana:

1.  Organizacion Soriana, S.A. de C.V., of Mexico.

Dated: 11-26-03

Respectfully submitted,

LAW OFFICES OF FRANK COSTILLA, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:   (956) 541-4982
Facsimile:   (956) 544-3152

Frank Costilla
State Bar No. 04856500
Federal ID No. 1509
**ATTORNEY FOR PLAINTIFF**

1