AO 440 (Rev. 10/93) Summons in a Civil Action

| TAI SUN LEE | RETURN OF SERVICE CA B-03-208 |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-14-03 |
| NAME OF SERVER (PRINT) LINDA M. SALAZAR | TITLE Civil Processor |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Victor Wonker

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
NOV 28 2003
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-15-03
Date

Signature of Server: Linda M. Salazar

Address of Server: 4914 Boca Chica Blvd
Bro. TX 78521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.