## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

TIENDAS SORIANA, S.A. de C.V.

              Plaintiff,

              v.

TAI SUN LEE d/b/a
SORIANA

              Defendant

Civil Action No.: B-03-208

Jury

**CONSENT JUDGMENT**

Plaintiff, Tiendas Soriana, S.A. de C.V. ("Plaintiff"), commenced Civil Action No. B-03-208 ("Action") against Defendant, Tai Sun Lee d/b/a Soriana ("Defendant"), for federal and common law service mark infringement, federal and common law unfair competition, and dilution under state law. The parties have reached an agreement, and Defendant has stipulated to the following facts and to entry of this Judgment.

FACTS

1.      This Court has jurisdiction over the parties and the subject matter of this Action pursuant to 28 U.S.C. § 1331, § 1332, § 1338(a) and (b), and § 1367, and 15 U.S.C. § 1121(a). Venue in this judicial district and division is proper pursuant to 28 U.S.C. § 1391.

2.      Plaintiff is the owner by assignment of the duly and legally issued federal service mark Registration No. 2,713,729 for the mark SORIANA for "retail store services, namely, convenience stores." The subject registration is valid, subsisting and owned by Plaintiff.

3.      Defendant has agreed to voluntarily and permanently discontinue any use of the term "Soriana," or any term confusingly similar with this term, in association with Defendant's business, either in print, on the Internet, or in any manner whatsoever.

Accordingly,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED AS FOLLOWS:

1.     Defendant, its officers, agents, servants, employees, attorneys and any and all persons in active concert or participation with it, are hereby permanently enjoined from further use of SORIANA, alone or in combination with other words or designs, and any other mark or name confusingly similar thereto, in connection with its business activities, either in print, or on the Internet, or in any manner whatsoever, under the following terms and conditions, which Defendant has agreed to:

A.     Defendant, on or before December 31, 2003, shall permanently cease any further use of "SORIANA," or any other mark or name confusingly similar thereto.  This includes any and all such uses including, but not limited to, signage, labels, packaging, advertising, catalogs and promotional materials.

2.     Defendant, its officers, agents, servants, employees, attorneys and any and all persons in active concert or participation with it, are hereby permanently enjoined from any actions causing, contributing to or inducing the use of SORIANA, or other marks confusingly similar thereto, in conjunction with Defendant's business activities, either in print, or on the Internet, or in any manner whatsoever.

3.     In the event of a breach of this Judgment, or a violation of any of its terms, Plaintiff shall have the right to apply to this Court and this Court shall have the power to award appropriate relief, including, without limitation, issuance of a temporary restraining order or a preliminary injunction to prevent further violations of the terms of this Judgment.

4.     In the event Defendant is found by the Court to have violated any provision of this Judgment, Plaintiff shall be entitled to recover from Defendant attorneys' fees and costs incurred by Plaintiff in applying to the Court for a remedy for a violation of this Judgment.

5.     This Court retains jurisdiction for the purposes of enforcing this Consent Judgment, and for the purpose of making any further Orders necessary or proper relating to this Judgment.

2

6.    No appeal shall be taken by the parties to this Judgment.

APPROVED AND CONSENTED TO:

TIENDAS SORIANA, S.A. DE C.V.

Date: December 19th, 2003    By: _____

Name: Ricardo Martin
Title: Vice President

LAW OFFICES OF FRANK COSTILLA, L.P.

Date: 12-23-03    By: _____

Frank Costilla
5 East Elizabeth Street

OF COUNSEL

Jody H. Drake
Paul M. Higgins
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Attorneys for Plaintiff


TAI SUN LEE D/B/A SORIANA

Date: ___12-11-03___    By: _____

Name: Tai Sun Lee
Title:


Date: ___12-11-03___    By: _____

John King, Esq.
1409 North 10th, Suite 100
McAllen, Texas 78501
Attorney for Defendant


IT IS SO ORDERED.

Date: 1/12/04    By: _____

United States District Court Judge

3